## IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

| | | |
|---|---|---|
| ARRON LEE GLASS, SR. | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| V. | * | |
| | * | NO: 2:11CV00243 SWW |
| BPS, INC. | * | |
| | * | |
| Defendant | * | |

## ORDER

On June 28, 2012, Defendant filed a motion to compel Plaintiff to provide responses to Defendant's first set of interrogatories and requests for production of documents, which were served upon Plaintiff on March 30, 2012. The time for responding has passed, and Plaintiff has not filed a response. Under Local Rule 7.2(f), the failure to respond to any non-dispositive motion is an adequate basis for granting the relief sought in the motion. In accordance with that Rule, Defendant's motion to compel (docket entry #10) is GRANTED. Plaintiff is ordered to provide Defendant responses to the aforementioned discovery requests within 10 (ten) days from the entry date of this order.

IT IS SO ORDERED THIS 26TH DAY OF JULY, 2012.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE